THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  CV  09-4191 CRB |
|  | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| v. | |
| MANUEL and SYNTHIA SIDRIAN, | |
| Defendants. _____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses this entire action without prejudice.

Date:  November 15, 2010


S/THOMAS N. STEWART, III
Attorney for Plaintiff


CV  09-4191 CRB                         1